■
396 P.3d 1161

**STATE of Hawai'i, Plaintiff-Appellant,**

v.

**Matthew Sean SASAI, Defendant-Appellee**

and

**State of Hawaii, Plaintiff-Appellant/Cross Appellee,**

v.

**Brent N. Tanaka, Defendant-Appellee/Cross Appellant**

NO. CAAP-15-0000865
NO. CAAP-15-0000866

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

As Amended June 30, 2017

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT HONO-

LULU DIVISION, (CASE NO. 1DCW-14-0004628), (CASE NO. 1DCW-14-0005843)

SUMMARY DISPOSITION ORDER

Vacate and remand.

■
396 P.3d 1161

**CENTRAL PACIFIC BANK, Plaintiff-appellee,**

v.

**William Halemano FREDERICK, Defendant-appellant,**

and

**Mary Katherine Frederick, Sea Country Community Association, Defendants-appellees,**

and

**John Does 1-50; Jane Does 1-50; DOE Partnerships 1-50; DOE Corporations 1-50; DOE Non-profit Corporations 1-50; and DOE Governmental Units 1-50, Defendants**

NO. CAAP-16-0000637

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 14-1-2199-10)

SUMMARY DISPOSITION ORDER

Affirmed.